UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LATONYA EDWARDS<br>*on behalf of S.V.C., Jr.* | CIVIL ACTION |
| VERSUS | NO. 06-00361 |
| COMMISSIONER OF SOCIAL SECURITY | SECTION "A"(4) |

### ORDER

The Court having considered the petition, the record, the applicable law, and the magistrate judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.[1] The Court finds that the plaintiff's minor son has met the 103.03(B) listing level requirement and that the Administrative Law Judge's opinion is not based upon substantial evidence.

Accordingly;

**IT IS ORDERED** that the Administrative Law Judge's decision denying the Plaintiff Supplemental Security Income Benefits on behalf of her minor son is **REVERSED** and **REMANDED** for a determination of Benefits.

New Orleans, Louisiana, Monday, April 23, 2007.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

---

[1] The Defendant has not filed an opposition to the Report and Recommendation.